**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7469**

MARION L. SHERROD,

                Plaintiff - Appellant,

        v.

COLBERT L. RESPASS; SEAN DILLARD; CAPTAIN OLIVER; MARCEL
SLEDGE,

                Defendants - Appellees

        and

GEORGE T. SOLOMON; FELIX TAYLOR; NURSE PATTERSON; RAHIM
AKBAR; HIRAM BEASLEY,

                Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Louise W. Flanagan, District Judge.  (5:14-ct-03252-FL)

Submitted:  July 26, 2018                                Decided:  July 30, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marion L. Sherrod, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion L. Sherrod appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sherrod v. Respass*, No. 5:14-ct-03252-FL (E.D.N.C. Sept. 18, 2017). We deny Sherrod's motion to file an amended complaint, a motion more properly addressed to the district court, but have considered the material as a supplement to his informal brief. We deny Sherrod's request for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*